**Yuri J. STOYANOV, Plaintiff— Appellant,**

v.

**Charles BEHRLE, Individually and in his Official Capacity as the Head of the Carderock Division, Naval Surface Warfare Center; Gary M. Jebsen, Individually and in his Official Capacity as the Head of Code 70, Carderock Division Naval Surface Warfare Center; Kevin M. Wilson, Individually and in his Official Capacity as the Head of Code 74, Carderock Division Naval Surface Warfare Center; John C. Davies, Individually and in his Official Capacity as the Deputy Head of Code 74; Bruce Crock, Individually and in his Official Capacity as the Head of Code 74, Carderock Division Naval Surface Warfare Center; David Caron, Individually as in his Official Capacity as Assistant Counsel Code 39, Carderock Division Naval Surface Warfare Center; Reuben Pitts, III, Individually and in his Official Capacity as the Head of Code 374, Naval Surface Warfare Center at Navy Yard; Ray Mabus, Secretary of the Navy, Defendants—Appellees,**

and

**Donald C. Winter, Secretary of the Navy, Defendant.**

No. 11–2247.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 2, 2012.

Yuri J. Stoyanov, Appellant Pro Se. John Walter Sippel, Jr., Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yuri J. Stoyanov appeals the district court's order granting Defendants' summary judgment motion on his several federal and state law claims against them, and denying his motions for default and for leave to file a surreply. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Stoyanov v. Behrle,* No. 1:07–cv–01863–WMN, 2011 WL 4397492 (D.Md. Sept. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*